# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>Matthew Haviland<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19-mj-7085 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Matthew Haviland                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

(1) Cyberstalking, in violation of 18 U.S.C. § 2261A(2); and
(2) Transmitting a threat in interstate commerce, in violation of 18 U.S.C. § 875(c)

Date:   04/23/2019

*Issuing officer's signature*

City and state:   Boston, MA

Hon. Jennifer C. Boal
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Matthew Haviland
Known aliases:
Last known residence: 75 Chaucer Drive, North Kingstown, RI
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers: (732) 618 1383
Place of birth:
Date of birth: 03/28/1990
Social Security number: 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
Height:                                     Weight:
Sex: M                                       Race: W
Hair: Brown                                  Eyes:
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto: 2007 White Honda Civic

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: