# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:19-mj-07085-JCB |
| | ) | |
| MATTHEW HAVILAND | ) | |
| | ) | |

## ASSENTED-TO MOTION FOR DETENTION HEARING

The Defendant, Matthew Haviland, moves the Court to schedule a detention hearing. On April 29, 2019, Mr. Haviland appeared before the Court and consented to the entry of an order of detention without prejudice. Mr. Haviland now seeks to be heard on the issue of his detention and proposes that a hearing be scheduled for the afternoon of Tuesday, July 16th, subject to the Court's availability.

    Respectfully submitted,
    MATTHEW HAVILAND
    by his attorney
    */s/ Scott Lauer*
    Scott Lauer (BBO #667807)
    FEDERAL PUBLIC DEFENDER OFFICE
    51 Sleeper Street, 5th Floor
    Boston, MA 02210
    617-223-8061 (phone)
    617-223-8080 (fax)
    Scott_Lauer@fd.org

## Certificate of Service

I, Scott Lauer, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), as well as U.S. Probation Officer Susan Walls by electronic mail.

Date: July 1, 2019                      */s/ Scott Lauer*
                                                               Scott Lauer