AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

For the  DISTRICT OF  Massachusetts

United States of America

V.

Matthew Haviland

## EXHIBIT AND WITNESS LIST

Case Number: 1:19-mj-07085-JCB-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jennifer C. Boal | Brian Perez-Daple | Scott Lauer |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/16/2019 - 7/16/2019 | Digital Recorder | Steve York |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/16/2019 | Y | Y | Complaint affidavit filed in case 19-mj-7085-JCB at to Matthew Haviland |
| 2 | | 7/16/2019 | Y | Y | Audio recording as to Matthew Haviland |
| 3 | | 7/16/2019 | Y | Y | Audio recording as to Matthew Haviland |
| 4 | | 7/16/2019 | Y | Y | Text message exchange with individual 1 and defendant Matthew Haviland |
| 5 | | 7/16/2019 | Y | Y | Text messages to individual 2 from defendant Matthew Haviland |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages